IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JOHNNY BENNINGER,

    Plaintiff,

vs.                              CIVIL ACTION NO.: CV208-176

Master Sgt. MORAN,

    Defendant.

## ORDER

Plaintiff submitted an action for filing in this Court. Plaintiff neither paid the filing fee nor filed a motion to proceed in forma pauperis. By Notice dated December 24, 2008, Plaintiff was instructed to pay the filing fee of $350.00 or move to proceed in forma pauperis within twenty (20) days of the date of that notice. Plaintiff was further advised that failure to comply with that notice may result in the dismissal of this action without prejudice. Plaintiff has failed to respond to the Clerk's notice. Accordingly, this action is **DISMISSED,** without prejudice.

**SO ORDERED**, this 22 day of January, 2009.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev. 8/82)